UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYSHAWN J. CHRISTMAS                                    CIVIL ACTION

VERSUS

JOSEPH R. BIDEN, JR., ET AL.                             NO. 23-01273-BAJ-EWD

## RULING AND ORDER

Plaintiff, an individual confined at the Louisiana State Penitentiary, alleges that his constitutional rights were violated when he was attacked by another incarcerated person. (Doc. 3). Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 8, the "Report")**, recommending that Plaintiff's claims be dismissed, with prejudice, for failure to state a claim upon which relief may be granted and because the claims are untimely, and further recommending that the Court deny Plaintiff an opportunity to further amend his complaint as futile. (*Id.*). Plaintiff's deadline to object to the Report has passed, without any objection from Plaintiff.

Having carefully considered the Complaint, the Amended Complaint, and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that this action be and is hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A as untimely and for failure

to state a claim upon which relief may be granted.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 21ST day of August, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA